**Chester KIDD, Plaintiff–Appellant,**

v.

**AIRBORNE EXPRESS, INC., a/k/a Airborne Freight Corporation; DHL Express (USA), Inc., a/k/a DHL Worldwide Express, Inc., Defendants–Appellees.**

No. 06–5146.

United States Court of Appeals, Sixth Circuit.

Nov. 1, 2006.

Gary D. Copas, Gary D. Copas, Attorney at Law, Nashville, TN, for Plaintiff–Appellant.

Kim Koratsky, Wyatt, Tarrant & Combs, Memphis, TN, for Defendants–Appellees.

* The Honorable David L. Bunning, United States District Judge for the Eastern District

Before: MARTIN and COOK, Circuit Judges; and BUNNING, District Judge.*

PER CURIAM.

Chester Kidd appeals the district court's order granting summary judgment for Airborne Express. Having reviewed the record and the applicable law, and having the benefit of oral argument and the parties' briefs, we determine that no jurisprudential purpose would be served by a panel opinion and affirm the district court's decision for the reasons stated in that court's opinion. We will not consider Kidd's argument, raised for the first time on appeal, that the test announced in *Christian v. Wal–Mart Stores, Inc.,* 252 F.3d 862 (6th Cir.2001), governs his case.